UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL STANLEY LATTA,

Defendant.

_____/

Case No. 2:25-cr-00014-1

Hon. Jane M. Beckering
U.S. District Judge

## ORDER FOR DETENTION

Defendant Latta appeared before the undersigned for an arraignment on June 1, 2026.  Defense counsel stated on the record that he did not oppose the Government's motion for detention at this time.  Defense counsel reserved the issue of detention and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  June 1, 2026

/s/ *Maarten Vermaat*

MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE